NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

DARREN FUSARO, BARBARA EIKE, GREGORY E. SCOTT, TONY MUCKER, LAURENCE M. REISLAND, SYLVIA JONES, LIZABETH PEREZ, PAUL QUINLAN, RICHARD DELUCA, SANDRA GEMEINHARDT, JACKSON CHAN, JOHN ABBEY, JEFFREY MAYHEW, ELLA BROOKS, JOSE FLORES, WILLIAM VAN ALKENBURG, ARBY PICKETT, STANLEY PANIKOWSKI, CHARLES SCULL, JAKE DEBRUIN, PAT COMPTON, AND GERARD WOODRUFF,
*Plaintiffs-Appellees,*

v.

UNITED STATES,
*Defendant-Appellant.*

---

2011-5023

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-231, Senior Judge Robert H. Hodges, Jr.

---

ON MOTION

---

## ORDER

The United States moves for a 30-day extension of time, until March 16, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lawrence A. Berger, Esq.
    Douglas G. Edelschick, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2011

JAN HORBALY
CLERK